UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__ALEXANDRIA__ DIVISION

__Benedict Emesowum__
Plaintiff(s),

v.

A. Buxton ET. AL.

Defendant(s).

Civil Action Number: __1:20cv113__

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of __Benedict Emesowum vs. Ashley Buxton ET. AL.__
(Title of Document)

__Benedict Emesowum__
Name of Pro Se Party (Print or Type)

__[signature]__
Signature of Pro Se Party

Executed on: __02/03/2020__ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of Pro Se Party (Print or Type)

_____
Signature of Pro Se Party

Executed on: _____ (Date)