Court Name: United States District Court
Division: 1
Receipt Number: 14683083174
Cashier ID: ahaskins
Transaction Date: 02/03/2020
Payer Name: BENEDICT EMEWOSUM
------------------------------------------
CIVIL FILING FEE
  For: BENEDICT EMEWOSUM
  Amount:          $400.00
------------------------------------------
CASH
  Amt Tendered:   $400.00
------------------------------------------
Total Due:        $400.00
Total Tendered:   $400.00
Change Amt:       $0.00

CIVIL FILING FEE
120CV113