**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| BENEDICT EMESOWUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:20-cv-113 |
| | ) | (TSE/TCB) |
| ARLINGTON COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

<u>**DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION TO**</u>
<u>**QUASH SERVICE OF PROCESS AND ROSEBORO NOTICE**</u>

Defendants, Ashely Buxton, M. Kang, N. Mindell, S. Butzer, H. Buchofer, in their

official capacity, and Arlington County, by counsel, move this Court to dismiss with prejudice

Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(5) for insufficient service of process or, in

the alternative, service of process quashed, and Fed. R. Civ. P. 12(b)(6) for failure to state a

claim upon which relief can be granted for the reasons stated in Defendants' Memorandum of

Law, which is filed with this Motion.

**ROSEBORO NOTICE**

Pursuant to Local Rule 7(k) and consistent with the requirements of *Roseboro v.*

*Garrison*, 528 F.2d 309 (4th Cir. 1975), counsel for Defendants advises Plaintiff of the

following:

(1) He is entitled to file a response opposing this motion and that any such response must be

filed within twenty (21) days of the date on which this motion is filed; and

(2) The Court could dismiss the action on the basis of Defendants' papers if Plaintiff does

not file a response; and

1

(3) Plaintiff must identify all facts stated by these Defendants with which Plaintiff disagrees and must set forth Plaintiff's version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a certificate that it is signed under penalty of perjury); and

(4) Plaintiff is also entitled to file a legal brief in opposition to the one filed by Defendants.

Therefore, Defendants move this Court to grant its Motion to Dismiss with prejudice, with such other relief as is just and proper.

Respectfully Submitted,

ASHLEY BUXTON, M. KANG, N. MINDELL, S. BUTZER, H. BUCHOFER, AND ARLINGTON COUNTY

By Counsel

STEPHEN A. MACISAAC, County Attorney

  By:              /s/
Ryan Samuel, Assistant County Attorney
Virginia Bar No. 84400
Virginia Sadler, Assistant County Attorney
Virginia Bar No. 48736
Arlington County Attorney's Office
2100 Clarendon Boulevard, #403
Arlington, Virginia, 22201
703-228-3100
703-228-7106 (fax)
rsamuel@arlingtonva.us
vsadler@arlingtonva.us
**Counsel for Defendants**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 2, 2020, I will electronically file the foregoing with the

Clerk of Court using the CM/ECF system, and mail a copy, postage pre-paid to:

Benedict Emesowum
1120 L. Street NW #100-415
Washington, D.C. 20005
*Pro se Plaintiff*

_____/s/_____
Ryan Samuel
Assistant County Attorney

3